**Order entered April 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00322-CV**

**IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY AND MARIANNE MICHELE CAGLE, Relators**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04673-E**

**ORDER**

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus, and we **DENY** the emergency motion for temporary relief as moot.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE